UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

INADIEU LEGISTE,                                                 **CASE NO.: 22-cv-60965-WPD**

       Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD d/b/a WESTSIDE
REGIONAL MEDICAL CENTER,

       Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the October 6, 2022 Report and Recommendation of Magistrate Judge Strauss (the "Report") [DE 31]. The Court notes that no objections to the Report [DE 31] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 31] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 31] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 31] is hereby **ADOPTED** and **APPROVED**;
2. This case is **DISMISSED WITHOUT PREJUDICE**;
3. The Clerk shall **CLOSE** this case; and

4. The Clerk is **DIRECTED** to mail a copy of this Order to Plaintiff at the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of October, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record
Magistrate Judge Strauss

Inadieu Legiste, *pro se*
1524 NW 58th Street, #2
Lauderhill, FL 33319